# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00683-CV

### In re Robert Galvin

### S. N. G., Appellant

### v.

### The Texas Department of Family and Protective Services, Appellee

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-12-005318, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of S. N. G. The subject of this proceeding is Robert Galvin, appellant's attorney.

Appellant filed her notice of appeal on October 4, 2013, and her brief was due November 18, 2013. On November 25, 2013, we ordered counsel to file appellant's brief no later than December 10, 2013. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Robert Galvin shall appear in person before this Court on January 8, 2014, at 1:30 p.m. in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our November 25, 2013 order. This order to show cause will be withdrawn and

Galvin will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief before January 8, 2014.

It is ordered on December 19, 2013.

Before Justices Puryear, Goodwin, and Field